625    In re Houston Oil Trust Securities Litigation

| Date | No. | Entry |
|---|---|---|
| 84/12/10 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-E, CERTIFICATE OF SERVICE -- defts. Tenneco Inc. and Houston Oil & Minerals Corp. -- SUGGESTED TRANSFEREE DISTRICT: S.D. TEXAS; SUGGESTED TRANSFEREE JUDGE: CARL O. BUE, JR. (cds) |
| 84/12/21 | | APPEARANCE: William E. Matthews, Esq. for Houston Oil Trust; Michael J. Morrison, Esq. for Frank T. Koutras; Lawrence Sucharow, Esq. Arnold Arlow, et al. (cds) |
| 84/12/26 | | APPEARANCE: J. CLIFFORD GUNTER, III, ESQ. for Interfirst Bank, N.A. (cds) |
| 85/01/02 | 2 | RESPONSE -- pltf. Frank T. Koutras w/cert. of svc. (rh) |
| 85/01/02 | 3 | RESPONSE -- Deft. InterFirst Bank Houston w/cert. of svc. (rh) |
| 85/01/03 | | APPEARANCES: RICHARD P. KEETON, ESQ. FOR F. Fox Benton, Jr., Dean P. Buerin, Frank A. Liddel, Jr. S.C. Oliphant, Erwin J. Smith, Jr., J.C. Walter, Jr., John E. Walters, J. David Gooch, Paul V. Degenhart, M. Cassidy, David N. Broussard, J.G. Walters, and Edwin W. Smith, Jr.; TYRONE C. FAHNER, ESQ. for Keplinger & Associates, Inc. (cds) |
| 85/01/31 | | APPEARANCE: TERRY W. OXFORD, ESQ. FOR HOWARD FINE (A-2-A-21) (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/03/29 | | WAIVER OF ORAL ARGUMENT: Frank T. Koutras; Interfirst Bank of Houston, N.A. |
| 85/04/18 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to S.D. Texas to the Hon. Carl O. Bue pursuant to 28 U.S.C. §1407. (rh) |
| 85/04/18 | | TRANSFER ORDER -- transferring A-1 to A-21 to the S.D. Texas pursuant to 28 U.S.C. §1407. Notified involved counsel, clerk, judge and misc. recipients. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 625 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Houston Oil Trust Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 18, 1985 | To | unpublished | S.D. Texas | Hon. Carl O. Bue | |

Also see MDL-509 (Denied 8/23/82)

Special Transferee Information

DATE CLOSED: 12/16/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 625 -- In re Houston Oil Trust Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Frank T. Koutras v. Houston Oil & Minerals Corp., et al. | D.Nev. Thompson | CVR 84-408-BRT | 4-18-85 | no # assigned | | |
| A-2 | Howard Fine v. Houston Oil Trust, et al. | S.D. Tex. Bue | H-82-551 (*See Note) | | | | 625 consolidated w-82-551 |
| A-3 | Esther Nemo, et al. v. First International Bank in Houston, N.A., et al. | S.D.Tex. | H-82-552 | | | | |
| A-4 | Anthony Barsanti, et al. v. Houston Oil and Minerals Corp., et al. | S.D. Tex. | H-82-554 | | | | |
| A-5 | Tillie Targoff, et al. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. | H-82-555 | | | | |
| A-6 | Denco v. F. Fox Benton, Jr., et al. | S.D.Tex. | H-82-566 | | | | |
| A-7 | Frederick Rand v. Houston Oil Trust, et al. | S.D.Tex. | H-82-571 | | | | |
| A-8 | Seymour G. Beinder, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-643 | | | | |
| A-9 | Charlotte Libauer v. F. Fox Benton, Jr., et al. | S.D.Tex. | H-82-644 | | | Closed 12/16/86 | |
| A-10 | Dr. Irvin Rosenberg, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-645 | | | | |
| A-11 | Marshall J. Danien, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-646 | | | | |
| A-12 | Rose Cammer, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-688 | | | | |

*NOTE - S.D. Texas actions consolidated under low number H-82-551

DOCKET NO. 625 -- In re Houston Oil Trust Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Morton B. Konig v. Houston Oil & Minerals Corp., et al. | S.D.Tex. | H-82-969 | | | | |
| A-14 | Howard Sloan, et al. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. | H-82-731 | | | | |
| A-15 | Beliaan Gettler, etc. v. F. Fox Benton, Jr., et al. | S.D.Tex. | H-82-762 | | | Closed 12/16/86 | |
| A-16 | Patricia Snitzer, et al. v. Bear Stearns & Co., et al. | S.D.Tex. | H-82-1585 | | | | |
| A-17 | Tillie Targoff, et al. v. Houston Oil & Trust Co., et al. | S.D.Tex. | H-82-1800 | | | | |
| A-18 | A.P.M.C. Associates, Inc., et al. v. Houston Oil & Minerals Corp., et al. | S.D.Tex. | H-82-1799 | | | | |
| A-19 | Louis B. Perillo, et al. v. Tenneco, Inc., et al. | S.D.Tex. | H-82-1766 | | | | |
| A-20 | Arnold Arlow, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-1798 | | | | |
| A-21 | Oscar Hyman, et al. v. Houston Oil Trust, et al. | S.D.Tex. | H-82-1597 | | | | |

July 1985 - 14P/20 XX2/21 Pdg.
July 1986 - Same
July 1987 - Same
July 1988 - 21 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 625 -- In re Houston Oil Trust Securities Litigation

---

HOWARD FINE (A-2)
ESTHER NEMO, ET AL. (A-3)
ANTHONY BARSANTI, ET AL. (A-4)
TILLIE TARGOFF, ET AL. (A-5)
DENCO (A-6)
FREDERICK RAND (A-7)
SEYMOUR G. BEINDER, ET AL. (A-8)
CHARLOTTE LIBAUER (A-9)
DR. IRVIN ROSENBERG, ET AL. (A-10)
MARSHALL J. DANIEN, ET AL. (A-11)
ROSE CAMMER, ET AL. (A-12)
MORTON B. KONIG (A-13)
HOWARD SLOAN, ET AL. (A-14)
DELIAAH GETTLER, ETC. (A-15)
PATRICIA SNITZER, ET AL. (A-16)
TILLIE TARGOFF, ET AL. (A-17)
A.P.M.C. Associates, Inc. (A-18)
LOUIS B. PERILLO, ET AL. (A-19)

OSCAR HYMAN, ET AL. (A-21)

Terry W. Oxford, Esq.
Susman, Godfrey & McGowan
2400 Allied Bank Plaza
Houston, Texas   77002


FRANK T. KOUTRAS (A-1)

Michael J. Morrison, Esq.
Haase, Harris & Morrison
P.O. Box 70250
Reno, NV   89570-0250


ARNOLD ARLOW, ET AL. (A-20)
Lawrence Sucharow, Esq.
Goodkind, Wechsler, Labator & Rudoff
122 East 42nd Street
New York, New York   10168

---

HOUSTON OIL & MINERALS CORP.
TENNECO, INC.
Ralph S. Carrigan, Esq. (No appearance
Baker & Botts                received)
3000 One Shell Plaza
Houston, Texas   77002

HOUSTON OIL TRUST
William Matthews, Esq.
Sewell & Riggs
800 Capital Bank Plaza
Houston, Texas   77002

INTERFIRST BANK OF HOUSTON, N.A.
(formerly First International Bank in
 Houston, N.A.)
J. Clifford Gunter, III, Esq.
Bracewell & Patterson
2900 S. Tower Pennzoil Place
Houston, Texas   77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 625 -- In re Houston Oil Trust Securities Litigation

EPPLER-GUERIN & TURNER, INC.
MERRILL, LYNCH, PIERCE FENNER & SMITH
Morton L. Susman, Esq.   (No appearance received)
2290 Two Shell Plaza
Houston, Texas   77002

KEPLINGER & ASSOCIATES, INC.
Tyrone C. Fahner, Esq.
Kelly R. Welsh, Esq.
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois   60604

BEAR STEARNS & CO.
Dennis Block, Esq.
767 5th Avenue
New York, New York   10022
(No appearance received)

[handwritten: Removed per request.]

PAUL V. DEGENHART
M. CASSIDY
DAVID N. BROUSSARD
J. G. WALTERS
EDWIN W. SMITH, JR.
F. FOX BENTON, JR.
DEAN P. BUERIN
FRANK A. LIDDEL, JR.
S.C. OLIPHANT
ERWIN J. SMITH, JR.
J.C. WALTER, JR.
JOHN E. WALTERS
J. DAVID GOOCH
Richard P. Keeton
Miller, Keeton, Bristow & Brown
3900 Two Houston Center
Houston, Texas   77010

TENNECO ACQUISITION CO.
JAMES L. KETELSON
unable to determine counsel
for these parties

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 625 -- In re Houston Oil Trust Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Houston Oil & Minerals Corp. | A1 A4 A5 A7 A8 A9 A10 A11 A12 A13 A14 A16 A-17 A18 A19 A20 A21 |
| ✓ | Tenneco, Inc. | A1 A2 A3 A4 A5 A8 A9 A10 A11 A12 A13 A14 A15 A16 A17 A18 A19 A20 A21 |
| ✓ | Houston Oil Trust | A1 A2 A3 A4 A5 A7 A8 A10 A11 A12 A13 A14 A16 A-17 A18 A20 A21 |
| ✓ | Interfirst Bank Houston, N.A. (formerly First International Bank in Houston, N.A.) | A1 A3 A4 A5 A8 A9 A10 A11 A13 A14 A17 A18 A20 A21 |
| | F. Fox Benton, Jr. | A1 A6 A7 A8 A9 A10 A11 A12 A15 |
| ✓ | Dean P. Guerin | A1 A6 A7 A8 A9 |
| ✓ | Frank A. Liddell, Jr. | A1 A6 A7 A8 A9 |
| | S.C. Oliphant | A1 A6 A7 A8 A9 |
| | Erwin J. Smith, Jr. | A1 A6 A7 A9 |
| | J.C. Walter, Jr. | A1 A6 A7 A9 A10 A11 A12 A-15 |
| | John E. Walters | A1 A6 A7 A9 A10 A11 |

p. \_\_\_\_\_

| | |
|---|---|
| Paul V. Degenhart ✓ | A1 |
| M. Cassidy ✓ | A1 |
| E.F. Hutton & Co., Inc. | A1 |
| David N. Broussard ✓ | A1 |
| Keplinger and Associates, Inc. | A1 A2 A3 A4 A6 A7 A8 A9 A10 A11 A12 A13 A14 A15 A16 A17 A18 A19 A20 A21 |
| ~~Black Corp. 1-10~~ see | ~~A4~~ |
| Tenneco Acquisition Co. | A-2 A3 A6 A7 A15 |
| G. J. Walters ✓ | A8 |
| Edwin W. Smith, Jr. | A8 |
| J. David Gooch ✓ | A10 A11 |
| James A. Ketelsen | A15 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Morgan Standley & Co., Inc. | A15 |
| ✓ Merrill, Lynch, Pierce, Fenner + Smith, Inc. | A15 |
| ✓ Eppler Guerin + Turner, Inc. | A15 |
| Bear Stearns & Co., ~~Houston~~ | A16 A19 A-21 |