JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 18 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 625

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HOUSTON OIL TRUST SECURITIES LITIGATION

TRANSFER ORDER*

This litigation consists of 21 actions pending in two federal districts: twenty actions in the Southern District of Texas and one action in the District of Nevada. Before the Panel is a motion by Tenneco, Inc. (Tenneco) and Houston Oil & Minerals Corporation (HOM), defendants in all actions, to transfer, pursuant to 28 U.S.C. §1407, the Nevada action to the Southern District of Texas for coordinated or consolidated pretrial proceedings with actions pending there. The Nevada plaintiff opposes transfer.

On the basis of the papers filed,[1] the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise from the formation of Houston Oil Trust (Trust) in connection with the April 24, 1981 merger of Tenneco and HOM and involve allegations that defendants violated various federal securities laws by, inter alia, 1) overstating in the prospectus the estimated oil and gas reserves and projected revenues attributable to Trust; and 2) engaging in a course of conduct designed to mislead the investing public as to the quality and quantity of oil and gas reserves attributable to Trust. Centralization under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of Texas is the appropriate transferee forum. We note that 1) Tenneco, HOM, and Trust as well as two other defendants have their headquarters and principal places of business in Houston; 2) virtually all their directors and employees who were involved with the merger live in the Houston area; and 3) a majority of the records relating to the merger is kept there.

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Nevada be, and the same hereby is, transferred to the Southern District of Texas and, with the consent of that court, assigned to the Honorable Carl O. Bue for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

Schedule A

MDL-625 -- In re Houston Oil Trust Securities Litigation

### District of Nevada

Frank T. Koutras v. Houston Oil Trust, et al., C.A. No. CVR 84-408-BRT

### Southern District of Texas

Howard Fine v. Houston Oil Trust Corp., et al., C.A. No. H-82-551

Esther Nemo, et al. v. First International Bank in Houston, N.A., et al., C.A. No. H-82-552

Anthony Barsanti, et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-554

Tillie Targoff, et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-555

Denco v. F. Fox Benton, Jr., et al., C.A. No. H-82-566

Frederick Rand v. Houston Oil Trust, et al., C.A. No. H-82-571

Seymour G. Beinder, et al. v. Houston Oil Trust, et al., C.A. No. H-82-643

Charlotte Libauer v. F. Fox Benton, Jr., et al., C.A. No. H-82-644

Dr. Irvin Rosenberg, et al. v. Houston Oil Trust, et al., C.A. No. H-82-645

Marshall J. Danien, et al. v. Houston Oil Trust, et al., C.A. No. H-82-646

Rose Cammer, et al. v. Houston Oil Trust, et al., C.A. No. H-82-688

Morton B. Konig v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-969

Howard Sloan, et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-731

Beliaan Gettler, etc. v. F. Fox Benton, Jr., et al., C.A. No. H-82-762

Patricia Snitzer, et al. v. Bear Stearns & Co., et al., C.A. No. H-82-1585

Tillie Targoff, et al. v. Houston Oil Trust, et al., C.A. No. H-82-1800

A.P.M.C. Associates, Inc., et al. v. Houston Oil & Minerals Corp., et al., C.A. No. H-82-1799

Louis B. Perillo, et al. v. Tenneco, Inc., et al., C.A. No. H-82-1766

Arnold Arlow, et al. v. Houston Oil Trust, et al., C.A. No. H-82-1798

Oscar Hyman, et al. v. Houston Oil Trust, et al., C.A. No. H-82-1597